# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | SEALED |
| v. | § § | No. 4:20-CR-00 179 |
| ISMAEL ENRIQUE FERNANDEZ-VASQUEZ (1) <br> a.k.a. "El Primo" "Primo" "Kike" "Kique" "Licenciado" "Lic" | § § § § § | Judge Jordan |



**FILED**

JUL 8 – 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

# INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## Count One

Violation: 21 U.S.C. § 846
(Conspiracy to Possess with the Intent to
Distribute and Distribution of
Methamphetamine and Cocaine)

That from sometime in or about September 2014, and continuously thereafter up to and including the date of this Indictment, in the Eastern District of Texas and elsewhere,

**Ismael Enrique Fernandez-Vasquez, a.k.a. "El Primo" "Primo" "Kike" "kique" "Licenciado" "Lic"**



defendants, did knowingly and intentionally combine, conspire, and agree with other persons known and unknown to the United States Grand Jury, to knowingly and

Indictment
Page 2

intentionally possess with the intent to distribute and distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual), five kilograms or more of a mixture or substance containing a detectable amount of cocaine, 1 kilogram or more of heroin, and 100 kilograms or more of marijuana, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

### Criminal Forfeiture Pursuant to 21 U.S.C. § 853

As a result of committing the offenses charged in this Indictment, the defendants shall forfeit to the United States any property they may have used or intended to be used to commit or facilitate the offenses and/or property derived from proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. §§ 846 and 848, and any property, real or personal, or any property traceable to such property, involved in the commission of the violation of 18 U.S.C § 1956.

All such proceeds and/or instrumentalities are subject to forfeiture by the government.

A TRUE BILL

_____
GRAND JURY FOREPERSON

STEPHEN J. COX
UNITED STATES ATTORNEY


_____          _____
KEVIN MCCLENDON                       Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | **SEALED** <br><br> No. 4:20-CR-00 <br> Judge |
| v. | | |
| ISMAEL ENRIQUE FERNANDEZ-VASQUEZ (1) <br> a.k.a. "El Primo" "Primo" "Kike" "Kique" "Licenciado" "Lic"  | | |

Notice of Penalty
Page 1

# NOTICE OF PENALTY

## Count One

| | |
|---|---|
| <u>Violation</u>: | 21 U.S.C. § 846 |
| <u>Penalty</u>: | If 1 kilogram or more of heroin, 500 grams or more of methamphetamine or 50 grams or more of methamphetamine actual, or 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine: not less than 10 years and not more that life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least 5 years  If 100 kilogram or more of marijuana, not less than 5 years nor more than 40 years imprisonment, a fine not to exceed $5 million, or both; supervised release of at least 3 years. |
| <u>Special Assessment</u>: | $100.00 |