

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

NOV - 8 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § §<br>v.<br>ISMAEL ENRIQUE FERNANDEZ- VASQUEZ (1)<br>  a.k.a. "El Primo" "Primo" "Kike" "Kique" "Licenciado" "Lic"<br>YVETTE TOMASITA MONTEMAYOR (2)<br>  a.k.a. "La Guera" "La Wera" "La Prima"<br>YANIRA YVETTE GONZALEZ (5)<br>  a.k.a. "Nina"<br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>MICHELLE VEGA (10)<br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>HECTOR ALONZO (17)<br>SERGIO LUIS TEJEDA NUNEZ (23)<br>  a.k.a. "Checo" "Cheko"<br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>FRANCISCO JAVIER HERNANDEZ CELAYA (27)<br>  a.k.a. "Paquillo"<br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>JAVIER NEIRA, JR. (34)<br>  a.k.a. "Javi"<br>ROQUE RUBEN CELESTINO (35)<br>JOSE FERNANDO HERNANDEZ PERALES (37)<br>JORGE ELIAS GOLARTE (38) | **SEALED**<br><br>No. 4:20-CR-179<br>Judge Jordan |

### THIRD SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## Count One

Violation: 21 U.S.C. § 846
(Conspiracy to Possess with the Intent to
Distribute and Distribution of
Methamphetamine, Cocaine, Heroin and
Marijuana)

That from sometime in or about September 2014, and continuously thereafter up to and including the date of this Third Superseding Indictment, in the Eastern District of Texas and elsewhere,

**Ismael Enrique Fernandez-Vasquez, a.k.a. "El Primo" "Primo" "Kike" "Kique" "Licenciado" "Lic"**
**Yvette Tomasita Montemayor, a.k.a. "La Guera" "La Wera" "La Prima"**
**Yanira Yvette Gonzalez, a.k.a. "Nina"**
[redacted]
**Michelle Vega**
[redacted]
**Hector Alonzo**
[redacted]
**Sergio Luis Tejeda Nunez, a.k.a. "Checo" "Cheko"**
[redacted]
[redacted]
**Francisco Javier Hernandez Celaya, a.k.a. "Paquillo"**
[redacted]
**Javier Neira, Jr., a.k.a. "Javi"**
**Roque Ruben Celestino**
**Jose Fernando Hernandez Perales**
**Jorge Elias Golarte**

defendants, did knowingly and intentionally combine, conspire, and agree with other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute and distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual), 5 kilograms or more of a mixture or

substance containing a detectable amount of cocaine, 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, and 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

### Sentencing Enhancements Pursuant to 21 U.S.C. § 851

Before defendant **Yvette Tomasita Montemayor, a.k.a. "La Guera" "La Wera" "La Prima"** committed the offense charged in Count One, **Yvette Tomasita Montemayor, a.k.a. "La Guera" "La Wera" "La Prima"** had a prior, final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 846 for Conspiracy to Possess with Intent to Distribute over 100 Kilograms of Marijuana, for which she served more than 30 months of imprisonment and for which she was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before defendant **Hector Alonzo** committed the offense charged in Count One, **Hector Alonzo** had a prior, final conviction for a serious drug felony, namely, a conviction under Tennessee Code Section 39-17-432 for Conspiracy to Commit Drug Free Zone Violation – Marijuana (felony), for which he served more than 15 years of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before defendant **Jorge Elias Golarte** committed the offense charged in Count One, **Jorge Elias Golarte** had a prior, final conviction for a serious drug felony, namely,

a conviction under 21 U.S.C. § 846 for Conspiracy to Possess with Intent to Distribute Methamphetamine, for which he served more than 84 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

### Criminal Forfeiture Pursuant to 21 U.S.C. § 853

As a result of committing the offenses charged in this Third Superseding Indictment, the defendants shall forfeit to the United States any property they may have used or intended to be used to commit or facilitate the offenses and/or property derived from proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 846.

All such proceeds and/or instrumentalities are subject to forfeiture by the government.

TRUE BILL

_____
GRAND JURY FOREPERSON

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

_____        11/8/23
HEATHER RATTAN                          Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | **SEALED** |
| v. | § § | No. 4:20-CR-179 |
| ISMAEL ENRIQUE FERNANDEZ- VASQUEZ (1)   a.k.a. "El Primo" "Primo" "Kike" "Kique" "Licenciado" "Lic" | § § § § | Judge Jordan |
| YVETTE TOMASITA MONTEMAYOR (2)   a.k.a. "La Guera" "La Wera" "La Prima" | § § | |
| YANIRA YVETTE GONZALEZ (5)   a.k.a. "Nina" | § § | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| MICHELLE VEGA (10) | § § | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| HECTOR ALONZO (17) | § § | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| SERGIO LUIS TEJEDA NUNEZ (23)   a.k.a. "Checo" "Cheko" | § § | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| FRANCISCO JAVIER HERNANDEZ CELAYA (27)   a.k.a. "Paquillo" | § § § § | |
| JAVIER NEIRA, JR. (34)   a.k.a. "Javi" | § § | |
| ROQUE RUBEN CELESTINO (35) | § | |
| JOSE FERNANDO HERNANDEZ PERALES (37) | § | |
| JORGE ELIAS GOLARTE (38) | § | |



## NOTICE OF PENALTY

### Count One

Violation:       21 U.S.C. § 846
Notice of Penalty
Page 1

<table>
<tr><td>Penalty:</td><td>If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual), 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, or 1000 kilograms or more of mixture or substance containing a detectable amount of marijuana: not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least 5 years.<br><br>If any person commits a violation after a prior conviction for a serious drug felony or serious violent felony has become final, such person shall be sentenced to a term of imprisonment of not less than 15 years and not more than life imprisonment, a fine not to exceed $20 million, or both.</td></tr>
<tr><td>Special Assessment:</td><td>$100.00</td></tr>
</table>